IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VANESSA D. HALE,

          Plaintiff,

   v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

          Defendant.

No. 3:17-cv-00697-HZ

ORDER AWARDING ATTORNEY
FEES PER 28 U.S.C. § 2412(d)

HERNANDEZ, District Judge:

    It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $6,412.90 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratfliff*, 130 S.C. 2521 (2010. If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 825 NE 20th Ave., Ste. 330, Portland OR 97232. If Plaintiff has

1 - ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. § 2412(d)

such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED.

Dated this  4  day of  September , 2018

_____
Marco A. Hernandez
United States District Judge